UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Alexis Felix-Razo, | Case No. 24-cv-2186 (DSD/TNL) |
| Petitioner, | |
| v. | **ORDER** |
| Warden Jared Rardin, | |
| Respondent. | |

---

This matter comes before the Court on pro se Petitioner Alexis Felix-Razo's letter request, ECF No. 6, for an extension of time up to and including July 31, 2024, to submit the filing fee for this action. *See* ECF No. 2 at 1 (directing Petitioner to either pay the filing fee or submit an application to proceed without prepayment of fees). Petitioner states that he "intend[s] to pay the $5 filing fee[]," but needs additional time as he is "currently incarcerated and . . . [the] facility needs time to process [his] payment request." ECF No. 6 at 1.

For good cause shown, **IT IS HEREBY ORDERED** that Petitioner shall have up to and including **July 31, 2024**, to either pay the filing fee or submit an application to proceed without prepayment of fees.[1]

Date: June   24   , 2024

　　　　　　　　　　　　　　　　　　　　　　　　 *s/ Tony N. Leung*
　　　　　　　　　　　　　　　　　　　　　　　　Tony N. Leung
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] Also known as an application to proceed *in forma pauperis* or an IFP form. *See* ECF No. 2 at 1.