```
          UNITED STATES DISTRICT COURT
             DISTRICT OF MINNESOTA
          CIVIL NO. 24-2186 (DSD/TNL)
```

Alexis Felix-Razo,

    Plaintiff,

v.  **ORDER**

Jared Rardin,

    Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Tony N. Leung dated October 25, 2024 (R&R). Based on the files and records, and no objections having been filed, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 13] is adopted; and

2. The petition for a writ of habeas corpus [ECF No. 1] is denied without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 4, 2024

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court